AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

Roberto Rodriguez

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:08MJ22A

I, Roberto Rodriguez, charged in a (complaint) (petition) pending in this District with Possession of 5 grams or more of cocaine base in violation of Title 21, U.S.C., 844,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
*Defendant*

2/14/08
*Date*

[signature]
*Counsel for Defendant*