IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) Cr. No. CR 08-12 ML
)
v. ) In violation of 21 U.S.C.
) §§ 844(a), Felony
) Possession of Cocaine Base
)
ROBERTO RODRIGUEZ )

## INFORMATION

The United States Attorney charges that:

### COUNT I

On or about January 11, 2008, in the District of Rhode Island, the defendant, ROBERTO RODRIGUEZ, did knowingly and intentionally possess more than five grams of a mixture and substance containing cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 844(a).

ROBERT CLARKE CORRENTE
United States Attorney

By: [signature]
Sandra R. Beckner
Assistant U.S. Attorney

[signature]
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 2/14/08