PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

CASE NO. CR 08-12 ML

USA vs.

Defendant: Roberto Rodriguez

Ad

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☒ U.S. Atty ☐ Other U.S. Agency

Phone No.

Name of Asst. U.S. Attorney (if assigned): SANDRA R. BECKNER

[

REDACTED

B en

D icable)

S

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:08-MJ-22A

Place of offense: RHODE ISLAND County

Issu

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

☐ Currently in Federal Custody

☒ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 21 U.S.C. Section 844 | KNOWINGLY & INTENTIONALLY POSSESS MORE | ☒ Felony ☐ Misdemeanor |
| | PENALTIES: 5 to 20 years imprisonment; | THAN FIVE GRAMS OF A MIXTURE & SUBSTANCE | ☐ Felony ☐ Misdemeanor |
| | $1,000 to $250,000 fine; supervised | CONTAINING COCAINE BASE, A SCHEDULE II CS | ☐ Felony ☐ Misdemeanor |
| | release not to exceed 3 years; $100 | | ☐ Felony ☐ Misdemeanor |
| | mandatory special assessment. | Estimated Trial Days: 3 | ☐ Felony ☐ Misdemeanor |