# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. 1:08MJ22A***

***To:*** ***WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **ROBERTO RODRIGUEZ,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **4:00 o'clock p.m.**, on the **14th** day of **February, 2008,** then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return
I did bring before the
the within named defen
on the date and time
Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: February 12, 2008.

David A. DiMarzio, Clerk

INITIAL APPEARANCE
PRETRIAL INTERVIEW NEEDED IN
THE MORNING. BRING IN EARLY.

***by _____/S/Jeannine Noel__________***
***Jeannine Noel - Deputy Clerk***