O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ROBERTO RODRIGUEZ

## WAIVER OF INDICTMENT

CASE NUMBER: CR 08-12 ML

I, Roberto Rodriguez, the above named defendant, who is accused of

did knowingly and intentionally possess more than five grams of a mixture and substance containing cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. Section 844(a)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/20/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant ROBERTO RODRIGUEZ

Counsel for Defendant SCOTT LUTES, ESQUIRE

Before Mary M. Lisi, Judicial Officer USDJ